McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:       (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLETTE MORALES, individually;<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No. 2:20-cv-01098-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that Plaintiff COLETTE MORALES be granted an extension of time in which to file a response to Defendant GEICO CASUALTY COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO's Motion to Dismiss or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith [Doc. 5 and Doc. 6] which was filed on June 24, 2020.  The parties stipulate to extending the time for Plaintiff's response to August 24, 2020.  The parties are continuing to discuss the possibility of binding arbitration.  This

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:20-cv-01098-JCM-EJY
STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH

is the third stipulation for extension of time to file Plaintiff's response.

DATED this 10th day of August, 2020

ATKINSON WATKINS & HOFFMANN, LLP

By     */s/ Matthew W. Hoffmann*
Matthew W. Hoffmann, Esq.
Nevada Bar No. 009061
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
Telephone: 702-562-6000

DATED this 10th day of August, 2020

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By     */s/ Wade M. Hansard*
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED August 10, 2020.

UNITED STATES DISTRICT JUDGE

7021901.1