McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLETTE MORALES, individually;<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No. 2:20-cv-01098-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH**<br><br>**(FIFTH REQUEST)** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that Plaintiff COLETTE MORALES be granted an extension of time in which to file a response to Defendant GEICO CASUALTY COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO's Motion to Dismiss or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith [Doc. 5 and Doc. 6] which was filed on June 24, 2020. The parties stipulate to extending the time for Plaintiff's response to October 16, 2020. The parties are continuing to discuss the possibility of binding arbitration. This

1  is the fifth stipulation for extension of time to file Plaintiff's response.

2       DATED this 16th day of September, 2020

3                               ATKINSON WATKINS & HOFFMANN, LLP

5       By    */s/ Matthew W. Hoffmann*
              Matthew W. Hoffmann, Esq.
6             Nevada Bar No. 009061
              10789 W. Twain Ave., Suite 100
7             Las Vegas, NV 89135
              Telephone: 702-562-6000

9       DATED this 16th day of September, 2020

10                              McCORMICK, BARSTOW, SHEPPARD,
11                              WAYTE & CARRUTH LLP

13      By    */s/ Wade M. Hansard*
              Wade M. Hansard, Nevada Bar No. 8104
14            Jonathan W. Carlson, Nevada Bar No. 10536
              Renee M. Maxfield, Nevada Bar No. 12814
15            8337 West Sunset Road, Suite 350
              Las Vegas, Nevada 89113
16            Telephone (702) 949-1100

17            Attorneys for Defendant

18                              **ORDER**

19      IT IS SO ORDERED.

20      DATED September 21, 2020.

23                              _____
                                UNITED STATES DISTRICT JUDGE

25  7095411.1