1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

COLETTE MORALES,

                Plaintiff(s),

    v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY d/b/a GEICO,

                Defendant(s).

Case No. 2:20-CV-1098 JCM (EJY)

ORDER

     Presently before the court are defendant Government Employees Insurance Company's ("Geico") motion to dismiss (ECF No. 5) and motion to sever and stay plaintiff's bad faith claims (ECF No. 6).

     This case is currently stayed pending arbitration to determine the value of plaintiff's personal injury claims and, accordingly, the extent of her entitlement to contractual benefits. (ECF No. 20).

     Accordingly,

     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Geico's motions (ECF Nos. 5, 6) be, and the same hereby are, DENIED without prejudice. When the stay is lifted, Geico may move to reinstate the previously pending motions.

     DATED January 29, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**